1   *E-filed on* ____9/8/06____

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

| | |
|---|---|
| 12  IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT 13  LITIGATION | No. MDL-1423 This Order Applies to All Actions |
| ───────────────────────────────── 14  THIS ORDER RELATES TO: 15  All Actions | C-02-00142 RMW C-02-00145 RMW C-02-05437 RMW C-03-03594 RMW C-03-03596 RMW C-03-03378 RMW C-03-04003 RMW C-03-05758 RMW C-04-01791 RMW C-04-03001 RMW C-04-03365 RMW C-04-04247 RMW C-04-04359 RMW C-06-03843 RMW C-06-04295 RMW |
| | ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION |

25          Plaintiff Cygnus Telecommunications Technology, LLC moves for summary judgment that

26   references considered in the recent reexamination of the patents-in-suit may not be relied upon by

27   the defendants here when asserting invalidity of the patents-in-suit.  It is unclear from the motion the

28   precise basis on which Cygnus seeks to exclude the evidence.  Proceedings before the U.S. Patent

1    and Trademark Office are not binding on the courts.[1]  *See Quad Envtl. Techs. Corp. v. Union*

2    *Sanitary Dist.*, 946 F.2d 870, 875-76 (Fed. Cir. 1991).  If the basis of Cygnus's motion is evidentiary

3    rules, its timing is governed by the prior orders scheduling claim construction and related summary

4    judgment motions, and any such motion to exclude evidence will be considered at the November 20,

5    2006 hearing.  Cygnus's motion is denied, though without prejudice to refiling as to any specific

6    evidence which defendants seek to introduce at any evidentiary hearing.

7

8

9    DATED:         9/8/06                             *Ronald M White*

10                                                     RONALD M. WHYTE
                                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [1] Cygnus clarified at oral argument that it was not seeking to exclude the evidence on the basis that
     the USPTO proceedings bound this court.

ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION—MDL-1423
JAH                                                  2

1    **A copy of this order was mailed on _____ to:**

2    **Counsel for Plaintiff:**

Kieran Patrick Fallon
436 SW 8th Street
3    John P. Sutton      Miami, FL 33130-2814
2421 Pierce Street
4    San Francisco, CA 94115-1131      Matthew Francis McGahren
Baum & McGahren
5    **Counsel for Defendants:**      6171 Crooked Creek Road
Norcross, GA 30092
6    Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.      Lori D. Greendorfer, Maxim H. Waldbaum
7    200 E. Las Olas Avenue      Schiff Hardin LLP
Suite 2040      623 Fifth Avenue
8    Fort Lauderdale, FL 33301      28th Floor
New York, NY 10022
9    John C. Carey
Rodriguez Greenberg & Paul      Thomas T. Tamlyn
10    1395 Brickell Ave, Suite 700      Yeskoo Hogan & Tamlyn, LLP
Miami, FL 33131      535 Fifth Avenue
11      New York, NY 10017
Felice B. Galant, Gregory B. Wood
12    Fulbright & Jaworski L.L.P.      Peter S. Canelias
865 South Figueroa Street      Law Offices of Peter S. Canelias
13    Twenty-Ninth Floor      420 Lexington Avenue
Los Angeles, CA 90017      Suite 2148
14      New York, NY 10170
Joseph P. Zammit
15    Fulbright & Jaworski      David T. Alexander
666 Fifth Avenue      MBV Law LLP
16    New York, NY 10103      855 Front Street
San Francisco, CA 94111
17    John F. Mardula, Jon L. Roberts
Roberts Mardula & Wertheim, LLC      Jon M. Gibbs
18    11800 Sunrise Valley Drive      Akerman, Senterfitt
Suite 1000      255 S. Orange Avenue
19    Reston, VA 20191-5302      Suite 1700
Post Office Box 0231
20    Richard B. Sheldon      Orlando, FL 32802-0231
Mitchell Silberberg & Knupp LLP
21    11377 West Olympic Boulevard      Elizabeth E. Green, R. Scott Shuker
Los Angeles, CA 90064-1683      Gronek & Latham, LLP
22      390 N. Orange Avenue
Jeffrey L. Silvestrini, Brian F. Roberts      Suite 600
23    Cohne Rappaport & Segal      Orlando, FL 32801
P.O. Box 11008
24    Salt Lake City, UT 84147-0008      Meredith L. Caliman
Meredith L. Caliman Law Offices
25    Raymond J. Etcheverry      3858 Carson Street, Suite 120
Parsons, Behle & Latimer      Torrance, CA 90503-6705
26    One Utah Center
201 South Main Street,      Gregory J. Nelson
27    Suite 1800, Post Office Box 45898      Nelson & Roediger
Salt Lake City, UT 84145      3333 E Camelback Road, Suite 212
28      Phoenix, AZ 85018

1

Peter Neil Greenfeld
Greenfeld Law Group

2

3333 E Camelback Road, Suite 212
Phoenix, AZ 85018-2324

3

Matthew McGahren

4

Baum, McGahren & Chiu, LLC
6171 Crooked Creek Road

5

Norcross, GA 30092

6

7

Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list

8

receive a copy of this order, if necessary, and shall inform the court of any omissions.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Courtesy Copy:**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC  20002-8004

ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION—MDL-1423
JAH                                                                    4