*E-filed on*   9/8/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>THIS ORDER RELATES TO:<br>All Actions | No. MDL-1423<br>This Order Applies to All Actions<br>　　C-02-00142 RMW<br>　　C-02-00145 RMW<br>　　C-02-05437 RMW<br>　　C-03-03594 RMW<br>　　C-03-03596 RMW<br>　　C-03-03378 RMW<br>　　C-03-04003 RMW<br>　　C-04-03001 RMW<br>　　C-04-03365 RMW<br>　　C-04-04247 RMW<br>　　C-04-04359 RMW<br>　　C-06-03843 RMW<br>　　C-06-04295 RMW<br><br>ORDER RE COST OF PRODUCING DOCUMENTS IN CYGNUS'S POSSESSION |

　　　As noted in this court's July 14, 2006 order, Cygnus's counsel possesses approximately twenty-five boxes of documents from past Cygnus infringement actions which defendants want scanned and placed in the parties' discovery depository. Cygnus objected that it should not have to pay for producing these documents. The court preliminarily approved defendants' suggestion that they be allowed to have these documents scanned at their expense, with the possibility that they at some point in the future be allowed to seek reimbursement of some of this cost from Cygnus.

ORDER RE COST OF PRODUCING DOCUMENTS IN CYGNUS'S POSSESSION—MDL-1423
JAH

1  Defendants' liaison counsel estimated that it would cost $17,000 to scan the contents of the
2  twenty-five boxes of documents subject to the limitations of the July 14, 2006 order. *See* Report of
3  Liaison Counsel (July 17, 2006). At the August 18, 2006 hearing, the parties informed the court that
4  counsel for defendant AT&T Corporation, Gregory B. Wood, had assumed the responsibility for
5  sorting through these boxes and deciding what should be scanned. The estimate seems reasonable
6  enough for the undertaking as limited by Mr. Wood's sorting. Defendants may therefore scan these
7  documents at their own expense and move for reimbursement from Cygnus at some future date, if
8  appropriate. The court tentatively finds that Cygnus should bear the expense of scanning those
9  documents that is required to disclose pursuant to Fed.R.Civ.P. 26(a)(1).

10  Also at the August 18, 2006 hearing, counsel for Cygnus reported that another defendant
11  wanted to independently examine the contents of the boxes for itself, although all participating in the
12  hearing agreed to abide by Mr. Wood's decision on what documents should be scanned. No party
13  was identified as objecting to this procedure. If any defendant other than AT&T wishes to examine
14  these boxes, it must obtain court approval before doing so.[1]

17  DATED:      9/8/06                                    *Ronald M Whyte*
                                                          RONALD M. WHYTE
18                                                        United States District Judge

---

[1] If counsel for the defendants in the newest additions to MDL proceedings before this court (those in cases C-06-03843 RMW and C-06-04295 RMW) object on the basis that they have not agreed to have Mr. Wood examine the documents in these boxes for them, they may apply to the court for permission to review the documents themselves.

ORDER RE COST OF PRODUCING DOCUMENTS IN CYGNUS'S POSSESSION—MDL-1423
JAH                                                       2

| | | |
|---|---|---|
| 1 | **A copy of this order was mailed on** _____ **to:** | |
| 2 | **Counsel for Plaintiff:** | Kieran Patrick Fallon<br>436 SW 8th Street |
| 3 | John P. Sutton<br>2421 Pierce Street | Miami, FL 33130-2814 |
| 4 | San Francisco, CA 94115-1131 | Matthew Francis McGahren<br>Baum & McGahren |
| 5 | **Counsel for Defendants:** | 6171 Crooked Creek Road<br>Norcross, GA 30092 |
| 6 | Alan M. Weisberg, Steven M. Greenberg<br>Christopher & Weisberg, P.A. | Lori D. Greendorfer, Maxim H. Waldbaum |
| 7 | 200 E. Las Olas Avenue<br>Suite 2040 | Schiff Hardin LLP<br>623 Fifth Avenue |
| 8 | Fort Lauderdale, FL 33301 | 28th Floor<br>New York, NY 10022 |
| 9 | John C. Carey<br>Rodriguez Greenberg & Paul | Thomas T. Tamlyn |
| 10 | 1395 Brickell Ave, Suite 700<br>Miami, FL 33131 | Yeskoo Hogan & Tamlyn, LLP<br>535 Fifth Avenue |
| 11 | | New York, NY 10017 |
| 12 | Felice B. Galant, Gregory B. Wood<br>Fulbright & Jaworski L.L.P. | Peter S. Canelias |
| 13 | 865 South Figueroa Street<br>Twenty-Ninth Floor | Law Offices of Peter S. Canelias<br>420 Lexington Avenue |
| 14 | Los Angeles, CA 90017 | Suite 2148<br>New York, NY 10170 |
| 15 | Joseph P. Zammit<br>Fulbright & Jaworski | David T. Alexander |
| 16 | 666 Fifth Avenue<br>New York, NY 10103 | MBV Law LLP<br>855 Front Street |
| 17 | John F. Mardula, Jon L. Roberts | San Francisco, CA 94111 |
| 18 | Roberts Mardula & Wertheim, LLC<br>11800 Sunrise Valley Drive<br>Suite 1000 | Jon M. Gibbs<br>Akerman, Senterfitt<br>255 S. Orange Avenue |
| 19 | Reston, VA 20191-5302 | Suite 1700<br>Post Office Box 0231 |
| 20 | Richard B. Sheldon<br>Mitchell Silberberg & Knupp LLP | Orlando, FL 32802-0231 |
| 21 | 11377 West Olympic Boulevard<br>Los Angeles, CA 90064-1683 | Elizabeth E. Green, R. Scott Shuker<br>Gronek & Latham, LLP |
| 22 | | 390 N. Orange Avenue<br>Suite 600 |
| 23 | Jeffrey L. Silvestrini, Brian F. Roberts<br>Cohne Rappaport & Segal<br>P.O. Box 11008 | Orlando, FL 32801 |
| 24 | Salt Lake City, UT 84147-0008 | Meredith L. Caliman<br>Meredith L. Caliman Law Offices |
| 25 | Raymond J. Etcheverry<br>Parsons, Behle & Latimer | 3858 Carson Street, Suite 120<br>Torrance, CA 90503-6705 |
| 26 | One Utah Center<br>201 South Main Street, | Gregory J. Nelson |
| 27 | Suite 1800, Post Office Box 45898<br>Salt Lake City, UT 84145 | Nelson & Roediger<br>3333 E Camelback Road, Suite 212 |
| 28 | | Phoenix, AZ 85018 |

ORDER RE COST OF PRODUCING DOCUMENTS IN CYGNUS'S POSSESSION—MDL-1423
JAH                                                                3

| | |
|---|---|
| Peter Neil Greenfeld<br>Greenfeld Law Group<br>3333 E Camelback Road, Suite 212<br>Phoenix, AZ 85018-2324<br><br>Matthew McGahren<br>Baum, McGahren & Chiu, LLC<br>6171 Crooked Creek Road<br>Norcross, GA 30092 | **Courtesy Copy:**<br><br>Clerk of the Panel<br>Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E.<br>Room G-255, North Lobby<br>Washington, DC  20002-8004 |

Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list receive a copy of this order, if necessary, and shall inform the court of any omissions.