1   *E-filed on* ___10/26/06___

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION | No. MDL-1423 |
| | This Order Applies to All Actions |
| ———————————————— | C-02-00142 RMW |
| THIS ORDER RELATES TO: | C-02-00145 RMW |
| All Actions | C-02-05437 RMW |
| | C-03-03594 RMW |
| | C-03-03596 RMW |
| | C-03-03378 RMW |
| | C-03-04003 RMW |
| | C-04-03001 RMW |
| | C-04-03365 RMW |
| | C-04-04247 RMW |
| | C-04-04359 RMW |
| | C-06-03843 RMW |
| | C-06-04295 RMW |
| | C-06-06479 RMW |
| | ORDER REGARDING SUBJECT-MATTER JURISDICTION |

23          On October 24, 2006, defendants filed a notice of a potential defect in this court's subject-

24   matter jurisdiction and stated that they may move to dismiss on that ground.  Any questions

25   regarding subject-matter jurisdiction should be resolved prior to the hearing on claim construction

26   and associated summary judgment motions currently set for November 20.  To accommodate the

27   competing concerns of expediency and efficiency presented by this situation, the court would

28   strongly prefer defendants to file any motion to dismiss for lack of subject-matter jurisdiction—and

only if one is warranted—jointly by October 31, 2006.  If the defendants do file such a motion by that date, plaintiff's reply shall be due November 4, defendants' joint reply shall be due November 6, and a hearing shall be held on the motion on November 10, 2006.  Other deadlines previously set by the court shall remain in effect absent further order of the court, except that if defendants move to dismiss for lack of subject-matter jurisdiction by October 31, 2006, the reply briefs currently due November 10, 2006 may be filed the following Monday, November 13.  If the defendants move to dismiss for lack of subject-matter jurisdiction after October 31, 2006, the parties shall endeavor to have the motion briefed and heard as soon as possible.


DATED:       10/26/06

RONALD M. WHYTE
United States District Judge

1   **A copy of this order was mailed on _____ to:**

2   **Counsel for Plaintiff:**                Kieran Patrick Fallon
                                              436 SW 8th Street
3   John P. Sutton                            Miami, FL 33130-2814
    2421 Pierce Street
4   San Francisco, CA 94115-1131              Matthew Francis McGahren
                                              Baum & McGahren
5   **Counsel for Defendants:**               6171 Crooked Creek Road
                                              Norcross, GA 30092
6   Alan M. Weisberg, Steven M. Greenberg
    Christopher & Weisberg, P.A.              Lori D. Greendorfer, Maxim H. Waldbaum
7   200 E. Las Olas Avenue                    Schiff Hardin LLP
    Suite 2040                                623 Fifth Avenue
8   Fort Lauderdale, FL 33301                 28th Floor
                                              New York, NY 10022
9   John C. Carey
    Rodriguez Greenberg & Paul                Thomas T. Tamlyn
10  1395 Brickell Ave, Suite 700             Yeskoo Hogan & Tamlyn, LLP
    Miami, FL 33131                           535 Fifth Avenue
11                                            New York, NY 10017
    Felice B. Galant, Gregory B. Wood
12  Fulbright & Jaworski L.L.P.               Peter S. Canelias
    865 South Figueroa Street                 Law Offices of Peter S. Canelias
13  Twenty-Ninth Floor                        420 Lexington Avenue
    Los Angeles, CA 90017                     Suite 2148
14                                            New York, NY 10170
    Joseph P. Zammit
15  Fulbright & Jaworski                      David T. Alexander
    666 Fifth Avenue                          MBV Law LLP
16  New York, NY 10103                        855 Front Street
                                              San Francisco, CA 94111
17  John F. Mardula, Jon L. Roberts
    Roberts Mardula & Wertheim, LLC           Jon M. Gibbs
18  11800 Sunrise Valley Drive                Akerman, Senterfitt
    Suite 1000                                255 S. Orange Avenue
19  Reston, VA 20191-5302                     Suite 1700
                                              Post Office Box 0231
20  Richard B. Sheldon                        Orlando, FL 32802-0231
    Mitchell Silberberg & Knupp LLP
21  11377 West Olympic Boulevard              Elizabeth E. Green, R. Scott Shuker
    Los Angeles, CA 90064-1683                Gronek & Latham, LLP
22                                            390 N. Orange Avenue
    Jeffrey L. Silvestrini, Brian F. Roberts  Suite 600
23  Cohne Rappaport & Segal                   Orlando, FL 32801
    P.O. Box 11008
24  Salt Lake City, UT 84147-0008             Meredith L. Caliman
                                              Meredith L. Caliman Law Offices
25  Raymond J. Etcheverry                     3858 Carson Street, Suite 120
    Parsons, Behle & Latimer                  Torrance, CA 90503-6705
26  One Utah Center
    201 South Main Street,                    Gregory J. Nelson
27  Suite 1800, Post Office Box 45898         Nelson & Roediger
    Salt Lake City, UT 84145                  3333 E Camelback Road, Suite 212
28                                            Phoenix, AZ 85018

1   Peter Neil Greenfeld                    **Courtesy Copy:**
    Greenfeld Law Group
2   3333 E Camelback Road, Suite 212        Clerk of the Panel
    Phoenix, AZ 85018-2324                  Judicial Panel on Multidistrict Litigation
3                                           Thurgood Marshall Federal Judiciary Building
    Matthew McGahren                        One Columbus Circle, N.E.
4   Baum, McGahren & Chiu, LLC              Room G-255, North Lobby
    6171 Crooked Creek Road                 Washington, DC 20002-8004
5   Norcross, GA 30092

6

7   Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list
    receive a copy of this order, if necessary, and shall inform the court of any omissions.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28