```
JOHN P. SUTTON (SBN 36560)                          * E-filed 11/16/06 *
Attorney at Law
2421 Pierce Street
San Francisco, CA 94115-1131
Telephone (415) 929-7408
Facsimile  (415) 922-2885

Attorney for Plaintiff
CYGNUS TELECOMMUNICATIONS
TECHNOLOGY, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL TELEPHONICS, LLC, AMERICAN INTERNATIONAL TELEPHONICS, LLC, CALLMASTER, GLOBAL TELECOM SOLUTIONS, INTERNATIONAL TELECOM EXCHANGE, NET2CALLS, NETWORK ENHANCED TECHNOLOGIES, INC., POLARIS COMMUNICATIONS & NETWORKING TECHNOLOGIES LTD., AND TREMCOM INTERNATIONAL INC.<br><br>Defendants. | Case No. MDL 1423<br><br>Case No. C-06-03843 RMW<br><br>STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANT TREMCOM INTERNATIONAL, INC. ONLY |

Plaintiff Cygnus Telecommunications Technology, LLC ("Cygnus") and defendant International Telecom Exchange, Inc. ("Defendant") have entered into a settlement agreement

STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT
INJUNCTION AS TO DEFENDANT TREMCOM INTERNATIONAL, INC. ONLY
-1-

pursuant to which this action is to be concluded. Based on this settlement, the parties have agreed, inter alia, as follows:

1. As to past infringement alleged by Cygnus the Complaint is dismissed with prejudice.

2. A permanent injunction shall be entered in this case against Defendant, as provided under 35 U.S.C. § 283.

STIPULATED ON BEHALF OF PLAINTIFF:

Dated: Nov 15 06, 2006
       November 13.

_____
John P. Sutton
Attorney for Plaintiff, Cygnus Telecommunications Technology, LLC

STIPULATED ON BEHALF OF DEFENDANT INTERNATIONAL TELECOM EXCHANGE, INC.:

Dated: 10/31, 2006

_____
Meredith L. Caliman, Esq
Attorney for Defendant, Tremcom International, Inc.

STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANT TREMCOM INTERNATIONAL, INC. ONLY
-2-

THE PARTIES HAVE STIPULATED, IT IS HEREBY ORDERED THAT:

1. The Complaint is dismissed with Prejudice.
2. Defendant is permanently enjoined from making, using, selling and offering for sale the patented inventions.

_11/16/06_
Date

/s/ Ronald M. Whyte
Ronald M. Whyte
United States District Judge