| | |
|---|---|
| 1 | JOHN P. SUTTON (SBN 36560) |
| | Attorney at Law |
| 2 | 2421 Pierce Street |
| | San Francisco, CA 94115-1131 |
| 3 | Telephone (415) 929-7408 |
| | Facsimile  (415) 922-2885 |
| 4 | |
| 5 | Attorney for Plaintiff |
| | CYGNUS TELECOMMUNICATIONS |
| | TECHNOLOGY, LLC |

RECEIVED
Nov 16 '06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

* E-filed 11/16/06 *

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

CYGNUS TELECOMMUNICATIONS
TECHNOLOGY, LLC,

      Plaintiff,

v.

AMERICAN INTERNATIONAL
TELEPHONICS, LLC, AMERICAN
INTERNATIONAL TELEPHONICS, LLC,
CALLMASTER, GLOBAL TELECOM
SOLUTIONS, INTERNATIONAL
TELECOM EXCHANGE, NET2CALLS,
NETWORK ENHANCED
TECHNOLOGIES, INC., POLARIS
COMMUNICATIONS & NETWORKING
TECHNOLOGIES LTD., AND TREMCOM
INTERNATIONAL INC.

      Defendants.

Case No. MDL 1423

Case No. C-06-03843 RMW

STIPULATED DISMISSAL WITH
PREJUDICE AND ENTRY OF
PERMANENT INJUNCTION AS TO
DEFENDANT INTERNATIONAL
TELECOM EXCHANGE, INC. ONLY

      Plaintiff Cygnus Telecommunications Technology, LLC ("Cygnus") and defendant International Telecom Exchange, Inc. ("Defendant") have entered into a settlement agreement

STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT
INJUNCTION AS TO DEFENDANT INTERNATIONAL TELECOM EXCHANGE, INC.
ONLY
-1-

pursuant to which this action is to be concluded. Based on this settlement, the parties have agreed, inter alia, as follows:

1. As to past infringement alleged by Cygnus the Complaint is dismissed with prejudice.

2. A permanent injunction shall be entered in this case against Defendant, as provided under 35 U.S.C. § 283.

STIPULATED ON BEHALF OF PLAINTIFF:

Dated: *Nov 13*, 2006

*[signature]*
John P. Sutton
Attorney for Plaintiff, Cygnus Telecommunications Technology, LLC

STIPULATED ON BEHALF OF DEFENDANT INTERNATIONAL TELECOM EXCHANGE, INC.:

Dated: *November 3*, 2006

*[signature]*
Meredith L. Caliman, Esq
Attorney for Defendant, International Telecom Exchange, Inc.

STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANT INTERNATIONAL TELECOM EXCHANGE, INC. ONLY

-2-

1 | THE PARTIES HAVE STIPULATED, IT IS HEREBY ORDERED THAT:
2 |    1.     The Complaint is dismissed with Prejudice.
3 |    2.     Defendant is permanently enjoined from making, using, selling and offering for sale
4 | the patented inventions.

6 | \_\_11/16/06\_\_            *Ronald M. Whyte* (signature)
    Date                       Ronald M. Whyte
                             United States District Judge