1    *E-filed on*  __11-17-06__

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12   IN RE CYGNUS TELECOMMUNICATIONS          No. MDL-1423
     TECHNOLOGY, LLC, PATENT                  This Order Applies to All Actions
13   LITIGATION
     _____          C-02-00142 RMW
14                                                      C-02-00145 RMW
     THIS ORDER RELATES TO:                             C-02-05437 RMW
15   All Actions                                        C-03-03378 RMW
                                                        C-03-03594 RMW
16                                                      C-03-03596 RMW
                                                        C-03-04003 RMW
17                                                      C-04-03001 RMW
                                                        C-04-03365 RMW
18                                                      C-04-04247 RMW
                                                        C-04-04359 RMW
19                                                      C-06-03843 RMW
                                                        C-06-04295 RMW
20                                                      C-06-06479 RMW

21                                           ORDER DENYING DEFENDANTS'
                                             MOTION TO DISMISS FOR LACK OF
22                                           SUBJECT-MATTER JURISDICTION

23

24          Defendants assert that Cygnus does not own the patents-in-suit and move to dismiss these

25   consolidated actions for lack of subject-matter jurisdiction.  Although troubled by the

26   inconsistencies in the evidence pertaining to the assignment of the patents to Cygnus, the court is

27   satisfied that Cygnus has shown by a preponderance of the evidence that the assignment set forth in

28   the September 1997 operating agreement is genuine.  Cygnus's explanation that the representations

in Paragon's May 1998 petition to the Federal Circuit regarding the '984 application (case no. 98-547) and Wyatt's April 1998 declaration filed with the PTO in connection with the '115 application regarding Paragon's ownership of the applications occurred through inadvertence seems logical in light of the facts that Cygnus paid the issuance fees for the patents and represented to the PTO that an assignment had taken place, has acted as the owner of the patents since their issuance, and the September 1997 assignment was between entities both controlled by Wyatt.  However, since Cygnus's counsel admittedly failed to record the assignment, failed to produce evidence of an assignment until October 2006, and filed two documents stating that Paragon was the owner of the patents after the date of the assignment, the court would consider a motion for reasonable fees and expenses incurred by defendants in pursuit of this motion.  The motion to dismiss is denied.

DATED:        11/17/06

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

1 | **A copy of this order was mailed on _____ to:**

2 | **Counsel for Plaintiff:**

Kieran Patrick Fallon
436 SW 8th Street

3 | John P. Sutton
Miami, FL 33130-2814

2421 Pierce Street

4 | San Francisco, CA 94115-1131

Matthew Francis McGahren
Baum & McGahren

5 | **Counsel for Defendants:**

6171 Crooked Creek Road
Norcross, GA 30092

6 | Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.

Lori D. Greendorfer, Maxim H. Waldbaum

7 | 200 E. Las Olas Avenue

Schiff Hardin LLP

Suite 2040

623 Fifth Avenue
28th Floor

8 | Fort Lauderdale, FL 33301

New York, NY 10022

9 | John C. Carey
Rodriguez Greenberg & Paul

Thomas T. Tamlyn

10 | 1395 Brickell Ave, Suite 700
Miami, FL 33131

Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue

11 |

New York, NY 10017

Felice B. Galant, Gregory B. Wood

12 | Fulbright & Jaworski L.L.P.
865 South Figueroa Street

Peter S. Canelias
Law Offices of Peter S. Canelias

13 | Twenty-Ninth Floor
Los Angeles, CA 90017

420 Lexington Avenue
Suite 2148

14 |

New York, NY 10170

Joseph P. Zammit

15 | Fulbright & Jaworski
666 Fifth Avenue

Elizabeth E. Green, R. Scott Shuker
Gronek & Latham, LLP

16 | New York, NY 10103

390 N. Orange Avenue
Suite 600

17 | John F. Mardula, Jon L. Roberts
Roberts Mardula & Wertheim, LLC

Orlando, FL 32801

18 | 11800 Sunrise Valley Drive
Suite 1000

Gregory J. Nelson
Nelson & Roediger

19 | Reston, VA 20191-5302

3333 E Camelback Road, Suite 212
Phoenix, AZ 85018

20 | Richard B. Sheldon
Mitchell Silberberg & Knupp LLP

Peter Neil Greenfeld

21 | 11377 West Olympic Boulevard
Los Angeles, CA 90064-1683

Greenfeld Law Group
3333 E Camelback Road, Suite 212

22 |

Phoenix, AZ 85018-2324

Jeffrey L. Silvestrini, Brian F. Roberts

23 | Cohne Rappaport & Segal
P.O. Box 11008

Matthew McGahren
Baum, McGahren & Chiu, LLC

24 | Salt Lake City, UT 84147-0008

6171 Crooked Creek Road
Norcross, GA 30092

25 | Raymond J. Etcheverry
Parsons, Behle & Latimer

26 | One Utah Center
201 South Main Street,

27 | Suite 1800, Post Office Box 45898
Salt Lake City, UT 84145

28 |

ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                           3

1

**Courtesy Copy:**

2   Clerk of the Panel
    Judicial Panel on Multidistrict Litigation
3   Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, N.E.
4   Room G-255, North Lobby
    Washington, DC  20002-8004

5

6   Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28