**E-FILED on**   05/05/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL TELEPHONICS, LLC,<br><br>    Defendant. | Case No. MDL-01423 RMW<br><br>Case No. C-06-03843<br><br>ORDER[1] GRANTING MOTION TO SET ASIDE THE ENTRY OF DEFAULT AND DENYING MOTION FOR DEFAULT JUDGMENT |

    On February 14, 2008, Defendant American International Telephonics, LLC, ("AIT") filed a motion to set aside the default entered by the clerk against it on October 9, 2007. On February 22, 2008, Plaintiff Cygnus Telecommunications Technology, LLC ("Cygnus") filed a cross-motion for default judgment. Both motions are opposed. The Court heard oral argument on May 2, 2008. Because AIT was never properly served in the instant case, the motion to set aside the default is

---

[1] This disposition is not designated for publication and may not be cited.

1  GRANTED. Cygnus is given ten days from the date of this order to amend its complaint and to
2  commence service on AIT. Because the entry of default is set aside, the cross motion for default
3  judgment is DENIED.

5  IT IS SO ORDERED.

8  DATED:   May 5, 2008

  *Ronald M Whyte*
  RONALD M. WHYTE
  United States District Judge

United States District Court
For the Northern District of California

ORDER GRANTING MOTION TO SET ASIDE THE ENTRY OF DEFAULT; DENYING CROSS-MOTION FOR DEFAULT JUDGMENT No. C-06-03843 RMW
JSS                                              2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

John P. Sutton				johnpsutton@earthlink.net

**Counsel for Defendants:**

Stephen W. Bucher			info@bucherlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CECF program.

**Dated:**     5/5/08                              /s/ JSS
                                                              **Chambers of Judge Whyte**