1
2
3                                                **E-FILED on**  09/23/08
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                                     SAN JOSE DIVISION
9

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN INTERNATIONAL TELEPHONICS, LLC, et al.,<br><br>            Defendants. | No. C-06-03843 RMW (MDL No. 1423)<br><br>ORDERS OF DISMISSAL |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>ONE WORLD COMMUNICATIONS, et al.,<br><br>            Defendants. | No. C-06-04295 RMW (MDL No. 1423) |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>MAJOSA COMMUNICATIONS CORP., et al.,<br><br>            Defendant. | No. C-06-06479 RMW (MDL No. 1423) |

1     On August 20, 2008 the court issued an order to show cause as to why the above captioned cases should not be dismissed. The matter was heard on September 19, 2008. Although plaintiff filed an objection to the dismissal of the *American International Telephonics* case (action # C-06-03843 ), it withdrew the objection at the hearing on the order to show cause. Therefore, there was no objection to the dismissal of each of the three cases and it is hereby ordered that they are dismissed with prejudice.

DATED:    09/23/08          *Ronald M Whyte*
                                     RONALD M. WHYTE
                                     United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
John Sutton            johnpsutton@earthlink.net

**Counsel for Defendants:**
Allison Cammack        acammack@crgplaw.com
John Carey             jcarey@crgplaw.com

**Notice of this document was sent to:**

**Counsel for Plaintiff:**
Gregory J. Nelson
Nelson & Roediger
3333 E Camelback Road
Suite 212
Phoenix , AZ 85018

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**       09/23/08                               JAS
                                                **Chambers of Judge Whyte**

ORDER OF DISMISSAL
C-06-03843 RMW, C-06-04295 RMW, C-06-06479 RMW        3